No. 98–9054. BEAVEN v. SCROGHAM. C. A. 7th Cir. Certiorari denied.

No. 98–9055. CLAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9056. ANGELO VARGAS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–9063. MURPHY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–9064. WARWICK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9065. WILLIAMS v. FEDERAL BUREAU OF PRISONS. C. A. 6th Cir. Certiorari denied.

No. 98–9067. PITT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9068. PALOZIE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–9070. ANTONIO REVELO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9071. AMBROSE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9075. CUELLAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9079. BUNDOC v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9081. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9086. HALL v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–9087. AGUILERA-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9088. ADAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.